UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RONALD HUGH HUTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| U.S. DEPARTMENT OF VETERANS | ) | No. 5:13-CV-417-FL |
| AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 20, 2014, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on May 20, 2014, and Copies To:**

Ronald Hugh Hutton (via U.S. Mail) 220 Snow Avenue, Apt. 212C, Raleigh, NC 27603

May 20, 2014                          JULIE A. RICHARDS, CLERK
                                       /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk